UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 15, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION     MDL No. 2121

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 9, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d____ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Larry Alan Burns.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Burns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of December 9, 2009, and, with the consent of that court, assigned to the Honorable Larry Alan Burns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: MUSICAL INSTRUMENTS AND**
**EQUIPMENT ANTITRUST LITIGATION**                                                                 MDL No. 2121

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST**. **DIV**. **C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC  2  09-7254          Niranjan Parikh v. Guitar Center, Inc., et al.
   CAC  2  09-7375          Kate MacWilliamson v. Guitar Center, Inc., et al.
   CAC  2  09-7526          Agustin Cervantes v. Guitar Center, Inc., et al.
   CAC  2  09-7614          William S. Poff, Jr. v. Guitar Center, Inc., et al.
   CAC  2  09-7630          Scott Cook v. Guitar Center, Inc., et al.
   CAC  2  09-7783          Gerald Logsdon v. Guitar Center, Inc., et al.
   CAC  2  09-7923          Rob Roessler v. Guitar Center, Inc., et al.
   CAC  2  09-7985          Craig Kennedy v. National Association of Music Merchants, Inc., et al.
   CAC  2  09-8343          Paula Jennings v. Guitar Center, Inc., et al.
   CAC  2  09-8708          Daniel T. Smith v. Guitar Center, Inc., et al.

DISTRICT OF COLUMBIA
   DC   1  09-1950          Kenneth Manyin v. Guitar Center, Inc., et al.
   DC   1  09-1984          Jon Bandish v. Guitar Center, Inc., et al.
   DC   1  09-2002          Russell D. Melton v. Guitar Center, Inc., et al.
   DC   1  09-2019          Richard Tabas v. Guitar Center, Inc., et al.

ILLINOIS NORTHERN
   ILN  1  09-6872          John Pearson, et al. v. Guitar Center, Inc., et al.

ILLINOIS SOUTHERN
   ILS  3  09-923           Jerry Jost v. Guitar Center, Inc., et al.

KENTUCKY WESTERN
   KYW  3  09-869           Ryan J. Bigg v. Guitar Center, Inc., et al.

TEXAS EASTERN
   TXE  1  09-940           Bryan Roach v. National Association of Music Merchants, Inc., et al.
   TXE  1  09-942           Brandon Armstrong v. National Association of Music Merchants, Inc., et al.